KELLAM *v.* THE STATE.

BELL, Chief Justice. The defendant was convicted of murder. His motion for a new trial, containing only the usual general grounds, was overruled, and he excepted. *Held,* that the evidence was sufficient to support the verdict. While the jury would have been authorized to return a different verdict, they were not bound to do so under the evidence. The court did not err in refusing a new trial.

*Judgment affirmed. Jenkins, P. J., Duckworth, Atkinson, and Wyatt, JJ., concur.*

No. 15138. JULY 3, 1945.

478

*L. F. Watson* and *W. A. Dampier,* for plaintiff in error.

*T. Grady Head, attorney-general,* and *Maud Saunders,* contra.